In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12959
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellant,*

*versus*

DORON CARTARIUS MITCHELL,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:24-cr-00296-MHT-CWB-1
_____

Before JILL PRYOR, GRANT, and LUCK, Circuit Judges.

BY THE COURT:

The government appeals from the district court's pre-trial order granting Doron Mitchell's motion to suppress evidence. The government's notice of appeal certified that this appeal is not frivolous and is not taken for purposes of delay. Mitchell moves to dismiss this appeal because the government did not certify that the

evidence is a substantial proof of a fact material to the district court proceeding, as required by 18 U.S.C. § 3731.

The government properly certified that the appeal is not taken for purposes of delay. *See* 18 U.S.C. § 3731. The government's certification that the appeal is not frivolous, though it does not use the statute's precise language, indicates that it analyzed the materiality of the evidence before it filed its notice of appeal. *See United States v. Salisbury*, 158 F.3d 1204, 1207 (11th Cir. 1998) (explaining that § 3731's certification requirement ensures the government "thoroughly and conscientiously consider[s] the decision to appeal"); 18 U.S.C. § 3731 (requiring a liberal construction of the statute to effectuate its purposes). We thus exercise our discretion to allow this appeal to proceed. *See Salisbury*, 158 F.3d at 1206 (explaining that § 3731's certification requirement is not jurisdictional).

Accordingly, the motion to dismiss is DENIED and this appeal may proceed.